ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ANDREA TAYLOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREA TAYLOR,<br>Defendant. | CASE NO. 06-CR-00323 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the arraignment of Andrea Taylor, scheduled for April 27, 2007, be continued until May 10, 2007 at 9:00 a.m. in the above-entitled court.

Ms. Taylor resides in the State of Washington. She has extremely limited funds. The agreed upon continuance would allow her to make travel arrangements in the most economical manner.

The agreed upon date will afford sufficient time for defense counsel for Ms. Taylor to coordinate her future appearances with those of her co-defendants.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 24, 2007

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
**This was agreed to by Ms. Montoya via telephone on April 23, 2007**

DATED: April 24, 2007

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
ANDREA TAYLOR

THE COURT HAS READ AND CONSIDERED THE REQUEST FOR CONTINUANCE, AND FINDS GOOD CAUSE FOR BOTH THE CONTINUANCE AND THE EXCLUSION OF TIME. THE COURT FINDS THAT THE INTERESTS OF JUSTICE ALLOW FOR SUCH A FINDING DUE TO THE FINANCIAL CIRCUMSTANCES OF THE DEFENDANT, SPECIFICALLY HOW IT PERTAINS TO INTERSTATE TRAVEL.

IT IS SO ORDERED.

**Dated: April 24, 2007**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE