ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ANDREA TAYLOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 06-CR-00323 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| ANDREA TAYLOR, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, with the assistance of Pretrial Services Officer Kimberly Dalton, stipulate and agree that the conditions of release set by the court for defendant Andrea Taylor on April 12, 2007, be modified to vacate the condition requiring Ms. Taylor to participate in the passive global positioning program. All other terms and conditions of Ms. Taylor's release remain in full force and effect.

DATED: November 7, 2007        /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant United States Attorney
                               **This was agreed to by Ms. Montoya via telephone on November 7, 2007**

DATED: November 7, 2007        /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               ANDREA TAYLOR

IT IS SO ORDERED.

**Dated:   November 8, 2007**        /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1