UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION


FILED
JAN 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

ANDREA ANTONIA TAYLOR

Docket No. 06-323 LJO

**COMES NOW** Kimberly M. Dalton, Supervisory Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of ____Andrea Antonia Taylor___, who was placed on bond by the Honorable Monica J Benton, U. S. Magistrate Judge, sitting in the Court at Seattle, Washington, on the 12 th day of April, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows in attachment:

**OFFENSE:** Conspiracy to Distribute and Possess with the Intent to Distribute Oxycodone.

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about December 31, 2007, the defendant traveled outside of the Western District of Washington without authorization of Pretrial Services. On December 20, 2007, the defendant submitted a urine sample which has tested positive for Oxycodone.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for arrest of said defendant.

**LAST KNOWN ADDRESS:**   On file with Pretrial Services

**TELEPHONE NUMBER:**   On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.    Executed on   January 2, 2008

Respectfully submitted,

_/s/ Kimberly M. Dalton_
KIMBERLY M. DALTON
Supervising Pretrial Services Officer

_____**ORDER**_____

_✓_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ __No Bail__.
____ The Court hereby orders this ex parte motion and order be sealed.
____ The Court orders a summons be issued with an appearance date of _____.
____ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
____ The Court orders no action be taken.

Considered and ordered this __2__ day of __JAN__, 200__8__, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

rev. 1/93

**TAYLOR, Andrea**
**Dkt. No. 06-323 LJO**

### BOND CONDITIONS

1. You shall be released on your personal recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report to the Pretrial Services Agency on the first working day following your release from custody;

4. You shall participate in the passive Global Positioning System program and abide by all requirements of the program, under the direction of Pretrial Services;

5. You shall have no direct or indirect contact with Carvel Rice, Kim Rice, and Aushawnte Charmaine Spencer;

6. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

7. You shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance including medications without a prescription by a licensed medical practitioner;

8. You shall obtain an evaluation for substance abuse/alcohol abuse, and participate in substance abuse/alcohol counseling as directed by Pretrial Services;

9. You must have or obtain a valid driver's license;

10. You shall furnish your attorney, and/or Pretrial Services if supervised, your current address and telephone number where you will reside upon release; and, must report any changes in that address or telephone number to your attorney and/or Pretrial Services if supervised, within one business day; and,

11. Your travel is restricted to the Continental United States or as directed by Pretrial Services.

On November 8, 2007, conditions of release were modified to vacate participation in the passive Global Positioning program. All other conditions of release remain in full force and effect.