ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ANDREA TAYLOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREA TAYLOR, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  06-CR-00323 LJO <br><br> **STIPULATION AND ORDER <br> TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for June 6, 2008 be continued until June 20, 2008 at 9:00 a.m. in the above-entitled court.

The continuance is needed to obtain additional documents from the courts of Washington State in order to accurately determine Ms. Taylor's criminal history category.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  May 15, 2008          /s/ Laurel J. Montoya            __
                              LAUREL J. MONTOYA
                              Assistant United States Attorney
                              **This was agreed to by Ms. Montoya
                              in person on May 15, 2008**

1

1 | DATED: May 15, 2008                    /s/ Roger K. Litman
2 |                                         ROGER K. LITMAN
  |                                         Attorney for Defendant
  |                                         ANDREA TAYLOR

GOOD CAUSE HAS BEEN STATED FOR THE CONTINUANCE.  THE REQUEST IS GRANTED. IT IS SO ORDERED.

**Dated:   May 16, 2008**                      **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

2