ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000
Attorney for Defendant, ANDREA TAYLOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06-CR-00323 LJO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND REPORT TO CUSTODY DATE** |
| ANDREA TAYLOR, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, and with the specific knowledge and agreement of defendant Andrea Taylor, stipulate and agree that the date for Ms. Taylor to surrender be extended from July 29, 2008 at 2:00 p.m. until August 19, 2008 at 2:00 p.m.  Ms. Taylor is to either surrender at the United States Marshall's Office in the courthouse in Fresno or at the institution designated by the Bureau of Prisons.

DATED: July 23, 2008            /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant United States Attorney
                                **This was agreed to by Ms. Montoya in person on July 23, 2008**

DATED: July 23, 2008            /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                ANDREA TAYLOR

GOOD CAUSE EXISTS FOR THE ADDITIONAL TIME.
IT IS SO ORDERED.

**Dated:   July 24, 2008**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1